IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL JASON WARE,

    Plaintiff,                       No. CIV S-10-1322 KJM P

    vs.

ANTHONY HEDGPETH, Warden,

    Defendant.                     <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request to proceed in forma pauperis. In light of 1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's request to proceed in forma pauperis.

        The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

/////

1         In this case, none of the defendants reside in this district.  The claim arose in
2 Monterey County, which is in the Northern District of California.  Therefore, plaintiff's claim
3 should have been filed in the United States District Court for the Northern District of California.
4 In the interest of justice, a federal court may transfer a complaint filed in the wrong district to the
5 correct district.  See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir.
6 1974).
7         Accordingly, IT IS HEREBY ORDERED that:
8         1. This court has not ruled on plaintiff's request to proceed in forma pauperis;
9 and
10         2. This matter is transferred to the United States District Court for the Northern
11 District of California.

12 DATED:  June 10, 2010.

_____
U.S. MAGISTRATE JUDGE

/mp
ware1322.21